UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                    CASE NO.: 1:10cr8-MCR/GRJ

BRIAN THOMAS SMITH,

   Defendant.

_____/

# O R D E R

This cause comes before the court upon magistrate judge's report and recommendation (doc. 72) dated October 30, 2012. The parties have been furnished a copy of the Order and Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections timely filed, I have determined that the Report and Recommendation should be adopted. Accordingly, it is now ORDERED as follows:

1.   The magistrate judge's Order and Report and Recommendation (doc. 72) is adopted and incorporated by reference in this order.

2.   Defendant's motion to vacate (doc. 31) is denied.

3.   The certificate of appealability (doc. 74) is denied.

**DONE AND ORDERED** this 24th day of April, 2013.

                              s/ *M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **CHIEF UNITED STATES DISTRICT JUDGE**